

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Antonio Ruiz Perez **V.** The State of Texas

Appellate case number:    01-12-01001-CR

Trial court case number:   1309538

Trial court:                      339th District Court of Harris County

Date motion filed:            March 31, 2015

Party filing motion:          The State of Texas

   It is ordered that the motion for rehearing is **DENIED.**


Judge's signature:    /s/ Evelyn V. Keyes
        Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale


Date: April 14, 2015